**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MCTURNER, JEAN MARIE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-37527 JS<br><br>JUDGE JOHN SQUIRES |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 09/15/05. The Trustee was appointed on 09/15/05. An order for relief under Chapter 7 was entered on 09/15/05.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of 6/27/07 is as follows:

    a.  RECEIPTS (See Exhibit C)      $ 15,834.72

    b.  DISBURSEMENTS (See Exhibit C)      $ 0.00

    c.  NET CASH available for distribution      $ 15,834.72

    d.  TRUSTEE/PROFESSIONAL COSTS
        1. Trustee compensation requested (See Exhibit E)      $ 2,333.47
        2. Trustee Expenses (See Exhibit E)      $ 0.00
        3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)      $ 5,366.78
    e.  Illinois Income Tax for Estate (See Exhibit G)      $ 0.00

5.     The Bar Date for filing unsecured claims expired on 04/25/06.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.  The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.  Allowed unpaid secured claims      $ 0.00

    b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 7,700.25

    c.  Allowed Chapter 11 Administrative Claims      $ 0.00

    d.  Allowed priority claims      $ 0.00

    e.  Allowed unsecured claims      $ 16,953.87

7.     Trustee proposes that unsecured creditors receive a distribution of 48.25% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $5,366.78.  The total of Chapter 7 professional fees and expenses requested for final allowance is $7,700.25. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $1,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  6/27/07                                               RESPECTFULLY SUBMITTED,


                                                By:/s/David E. Grochocinski
                                                  DAVID GROCHOCINSKI, TRUSTEE
                                                  1900 RAVINIA PLACE
                                                  ORLAND PARK, IL  60462
                                                  Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
McTurner, Jean Marie

June 26, 2007

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2005 | DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 0.80 350.00/hr | 280.00 |
| 10/14/2005 | DEG | Receipt of email from debtor's attorney regarding schedules I & J | 0.20 350.00/hr | 70.00 |
|  | DEG | Prepared email to debtor's attorney regarding Schedules I&J; need explanation; and verification of income and expenses | 0.20 350.00/hr | 70.00 |
| 11/23/2005 | DEG | Review of quit claim deed from debtor's attorney | 0.50 350.00/hr | 175.00 |
| 1/20/2006 | DEG | Prepared initial report of assets; file with court; bar date set for 4/25/06 | 0.20 350.00/hr | 70.00 |
| 5/10/2006 | DEG | Review of trust, will and death certificate | 1.00 350.00/hr | 350.00 |
| 8/25/2006 | DEG | Review of trust account information received from S. Newland | 0.50 350.00/hr | 175.00 |
| 11/6/2006 | DEG | Review of family settlement agreement; discuss with AWR | 1.50 350.00/hr | 525.00 |
| 1/5/2007 | DEG | Receipt of funds regarding settlement; open account and deposit same | 0.80 350.00/hr | 280.00 |
| 1/23/2007 | DEG | Letter with documents to accountant to do tax returns | 0.40 350.00/hr | 140.00 |
| 1/24/2007 | DEG | Prepared letter to creditors with poc instructing them to file claims | 1.00 350.00/hr | 350.00 |
| 5/25/2007 | DEG | Prepared letter to Stephen McNewland regarding order entered allowing claim for estate of Marilyn Schneider as timely filed; enclose copy of order | 0.50 350.00/hr | 175.00 |
| 6/26/2007 | DEG | Telephone conference with S. Newland regarding need to withdraw claim number 7; fax copy of claim register | 0.50 350.00/hr | 175.00 |

Exhibit A

McTurner, Jean Marie                                                                                      Page     2

|            |     |                                                                              | Hrs/Rate   | Amount    |
|------------|-----|------------------------------------------------------------------------------|------------|-----------|
| 6/26/2007  | DEG | Review of invoice and letter from accountant regarding final review of tax issues | 0.80 350.00/hr | 280.00 |
| 6/28/2007  | DEG | Prepared final report                                                        | 2.50 350.00/hr | 875.00 |
|            |     | For professional services rendered                                           | 11.40      | $3,990.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 05B-37527 JS  
**Case Name:** MCTURNER, JEAN MARIE  

**Period Ending:** 06/27/07  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 09/15/05 (f)  
**§341(a) Meeting Date:** 10/19/05  
**Claims Bar Date:** 04/25/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | WEST SUBURBAN BANK | 1,063.00 | 0.00 | | 0.00 | FA |
| 2 | MISC HOUSEHOLD GOODS | 750.00 | 0.00 | | 0.00 | FA |
| 3 | MISC BOOKS, PICTURES | 50.00 | 0.00 | | 0.00 | FA |
| 4 | PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 5 | ENGAGEMENT RING | 500.00 | 0.00 | | 0.00 | FA |
| 6 | PENSION | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | POSSIBLE INTEREST IN DECEASED MOTHER'S ESTATE | Unknown | Unknown | | 15,793.89 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 40.83 | Unknown |
| 8 | **Assets Totals** (Excluding unknown values) | **$5,363.00** | **$0.00** | | **$15,834.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

    INVESTIGATE INTEREST IN MOTHER'S ESTATE  
    BAR DATE PENDING  
    SETTLEMENT OF INTEREST IN MOTHERS ESTATE PENDING (1/07)  
    TAX RETURNS WILL BE REQUIRED  

Printed: 06/27/2007 10:56 AM    V.9.02

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 05B-37527 JS | **Trustee:** | (520067) DAVID GROCHOCINSKI, TRUSTEE |
|---|---|---|---|
| **Case Name:** | MCTURNER, JEAN MARIE | **Filed (f) or Converted (c):** | 09/15/05 (f) |
| | | **§341(a) Meeting Date:** | 10/19/05 |
| **Period Ending:** | 06/27/07 | **Claims Bar Date:** | 04/25/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** April 30, 2007      **Current Projected Date Of Final Report (TFR):** December 30, 2007

**Form 2** Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05B-37527 JS  
**Case Name:** MCTURNER, JEAN MARIE  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****60-65 - Money Market Account  

**Taxpayer ID #:** 13-7550614  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Period Ending:** 06/27/07  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/07 | {7} | MARILYN M. SCHNEIDER | SETTLEMENT PER ORDER OF 12/8/06 | 1129-000 | 15,793.89 | | 15,793.89 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.07 | | 15,800.96 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.87 | | 15,808.83 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.44 | | 15,817.27 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.72 | | 15,825.99 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.73 | | 15,834.72 |

|   |   |   |
|---|---|---|
| **ACCOUNT TOTALS** | 15,834.72 | 0.00 | $15,834.72 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 15,834.72 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,834.72** | **$0.00** | |

{} Asset reference(s)  Printed: 06/27/2007 10:56 AM  V.9.02

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-37527 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | MCTURNER, JEAN MARIE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****60-66 - Checking Account |
| Taxpayer ID #: | 13-7550614 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/27/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :        15,834.72
                    _____
Net Estate :         $15,834.72
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **MMA # ***-*****60-65** | 15,834.72 | 0.00 | 15,834.72 |
| **Checking # ***-*****60-66** | 0.00 | 0.00 | 0.00 |
| | $15,834.72 | $0.00 | $15,834.72 |

{} Asset reference(s)                                                                                   Printed: 06/27/2007 10:56 AM   V.9.02

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MCTURNER, JEAN MARIE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-37527 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 7,700.25 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 8,134.47 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 15,834.72 |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 1**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 7,700.25 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,333.47 | 2,333.47 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 4,382.50 | 4,382.50 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 114.28 | 114.28 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 870.00 | 870.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $    0.00 | |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $    0.00 | |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $    0.00 | |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $    0.00 | |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  |  | TOTAL | $ | 0.00 |
|---|---|---|---|---|---|

| 9. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|---|
| §507(a)(7) - Alimony | | | $ 0.00 | | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | | **PROPOSED ALLOWANCE** |
| | | | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|---|
| §724(b)(6) - Tax Liens: | | | $ 0.00 | | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | | **PROPOSED ALLOWANCE** |
| | | | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | | $ 0.00 | | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | | **PROPOSED ALLOWANCE** |
| | | | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | | $ 0.00 | | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | | **PROPOSED ALLOWANCE** |
| | | | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|---|

| | | | |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 16,859.64 | 48.25% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO | 5,049.69 | 2,436.38 |
| 003 | CODDINGTON VETERINARY CLINIC | 121.12 | 58.44 |
| 006 | TIM SCHNEIDER | 11,688.83 | 5,639.65 |
| | TOTAL | $ | 8,134.47 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $ 94.23 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 004 | PACIFIC GAS & ENERGY | 94.23 | 0.00 |
| | TOTAL | $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 002 | CAL COAST CREDIT SERVICE<br>2210 COUNTY CENTER DRIVE<br>SANTA ROSA, CA  95403- | $ 121.12 | Disallowed |
| Unsecured | 005 | GE AUTO FINANCIAL SERVICES<br>75 REMITTANCE DRIVE<br>SUITE 3073<br>CHICAGO, IL  60675- | $ 17,357.00 | Disallowed |
| Unsecured | 007 | TIM SCHNEIDER<br>EXECUTOR OF ESTATE OF M. SCHNEIDER<br>1701 VINEYARD DRIVE<br>GURNEEE, IL  60031- | $ 11,688.83 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____
                                    DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 4,382.50 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 114.28 | |
| | | | 4,496.78 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 870.00 | |
| | | | 870.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 5,366.78 | $ 5,366.78 |

EXHIBIT F