**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MCTURNER, JEAN MARIE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-37527 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   DUPAGE COUNTY COURTHOUSE
          505 N. COUNTY FARM ROAD, ROOM 2000
          WHEATON, ILLINOIS 60187

    On:   **October 19, 2007**
    At:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         15,834.72

    b. Disbursements                         $              0.00

    c. Net Cash Available for Distribution   $         15,834.72

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $2,333.47 | |

| | | |
|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $4,382.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Expenses) | 0.00 | $114.28 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC<br>(Trustee's Accountant Fees) | 0.00 | $870.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $16,859.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 48.25%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO | $ 5,049.69 | $ 2,436.38 |
| 003 | CODDINGTON VETERINARY CLINIC | $ 121.12 | $ 58.44 |
| 004 | PACIFIC GAS & ENERGY | $ 94.23 | $ 0.00 |
| 006 | TIM SCHNEIDER | $ 11,688.83 | $ 5,639.65 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the

fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: NONE

Dated: **September 18, 2007**          For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE: <br> MCTURNER, JEAN MARIE | CHAPTER 7 CASE <br><br> CASE NO. 05B-37527 JS <br><br> JUDGE JOHN SQUIRES |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,333.47 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 2,333.47 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 4,382.50 |
| | b. Expenses | $ | 114.28 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 870.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

      d. Chapter 11 Expenses        $      0.00

3.    Other Professionals

      TOTAL        $      5,366.78

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

      ENTERED _____
               JOHN SQUIRES
               UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Sep 18, 2007
Case: 05-37527                Form ID: pdf002              Total Served: 46

The following entities were served by first class mail on Sep 20, 2007.
db          +Jean Marie McTurner,    7625 Gladstone Drive, Apt. 302,    Naperville, IL 60565-1123
aty         +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Xiaoming Wu,    Ledford & Wu,    200 S Michigan Ave Ste 209,    Chicago, IL 60604-2406
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
9825606     +AT&T,    Bankruptcy Dept/Attn Linda Adams,    6021 S. Rio Grande Ave., 1st Floor,
              Orlando, FL 32809-4613
9825601     +American Agencies,    2158 W. 190th Street,    Torrance, CA 90504-6103
9825602     +American Collection,    919 E. Estes Ave.,    Schaumburg, IL 60193-4436
9825603      American Express Travel Related Services Co., Inc,    POB 3001,    Malvern, PA 19355-0701
10620786     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
9825605     +Anderson Financial Network Inc.,    PO Box 3097,    Bloomington, IL 61702-3097
9825607     +Bay Area Credit Service, Inc.,    50 Airport Parkway, Ste. 100,    San Jose, CA 95110-3722
9825608      Beneficial / Household Bank,    PO Box 98706,    Las Vegas, NV 89193
9825609     +Blitt and Gaines, PC,    318 W. Adams St.,    Suite 1600,    Chicago, IL 60606-5100
9825610     +Bureau of Collection Recovery,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
9825611     +Cal Coast Credit Service,    2906 McBride Lane,    Santa Rosa, CA 95403-6899
9825612      Certegy Payment Recovery Serv.,    PO Box 30046,    Tampa, FL 33630-3046
9825613     +Certified Services, Inc.,    1733 Washington St., Suite 201,    Waukegan, IL 60085-5179
9825614     +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
9825615     +Cingular Wireless,    PO Box 740933,    Dallas, TX 75374-0933
9825616     +Coddingtown Veterinary Clinic,    2210 County Center Drive,    Santa Rosa, CA 95403-3099
9825617     +Collection Bureau of America,    PO Box 5013,    Hayward, CA 94540-5013
9825619     +Condell Medical Center,    801 S. Milwaukee,    Libertyville, IL 60048-3204
9825620      Condell Medical Center,    Dept. 77-97169,    Chicago, IL 60678-7169
9825621      Credit Acceptance Corporation,    PO Box 55000, Dept. 188801,    Detroit, MI 48255-1888
9825622     +Customized Auto Credit,    PO Box 310,    Barrington, IL 60011-0310
9825623     +Elmhurst Kia,    727 W. Grand Avenue,    Elmhurst, IL 60126-1055
9825625     +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
9825624     +First Premier Bank,    900 W. Delaware,    Sioux Falls, SD 57104-0337
11277856     GE Auto Financial Services,    75 Remittance Drive Suite 3073,    Chicago, IL 60675-3073
9825626     +Global Payments Check Recovery,    6215 W. Howard St.,    Niles, IL 60714-3403
9825628     +NCO / Inovision-Medclr,    507 Prudential Rd.,    Horsham, PA 19044-2308
9825627     +Nathanniel D. Lawrence,    2835 N. Sheffeld, Suite 232,    Chicago, IL 60657-9213
9825629     +OSI Portfoio Services, Inc.,    Bankruptcy Department,    PO Box 105346,    Atlanta, GA 30348-5346
9825630    +++Pacific Gas & Energy,    c/o Patrick Hazen/,    Bankruptcy Unit,    P.O. Box 8329,
              Stockton, CA 95208-0329
9825631     +Park Dansan,    113 W. 3rd Ave.,    Gastonia, NC 28052-4320
9825632     +People's Gas,    Attn: Special Projects,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
9825633     +Rockenbach Chevrolet,    1000 E. Belvidere Road,    Grayslake, IL 60030-2074
9825634     +SBC,    Law Department,    225 W. Randolph, Suite 27A,    Chicago, IL 60606-1838
9825636     +SW Credit Systems, Inc.,    5910 W. Plano Parkway, Suite 100,    Plano, TX 75093-2202
9825635      Sprint,    PO Box 650270,    Dallas, TX 75265-0270
9825637     +TCF National Bank,    Attn: Mail Code 268-01-L,    500 Joliet Road,    Willowbrook, IL 60527-5618
9825638     +TCF National Bank,    800 Burr Ridge Parkway,    Hinsdale, IL 60527-6486
11301984    +Tim Schneider,    Executor of the Estate of,    Marilyn M Schneider,    1701 Vineyard Drive,
              Gurnee IL 60031-5119
9825639     +United Credit Service,    15 N. Lincoln,    PO Box 740,    Elkhorn, WI 53121-0740

The following entities were served by electronic transmission on Sep 19, 2007.
9825604     +E-mail/PDF: recoverybankruptcy@afninet.com Sep 19 2007 04:22:14
              Anderson Financial Network Inc.,    PO Box 3427,    Bloomington, IL 61702-3427
9825618     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com
              Commonwealth Edison & Co.,    System Credit / Bankruptcy Dept.,    2100 Swift Drive,
              Oak Brook, IL 60523-1559
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Sep 18, 2007
Case: 05-37527                 Form ID: pdf002          Total Served: 46

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2007**                    **Signature:**     _Joseph Speetjens_